SHAW, Justice.
We have for review State v. Daniels, 639 So.2d 624 (Fla. 5th DCA 1994), wherein the district court relied on Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), to reverse a trial court order finding Florida’s stalking statute, § 784.048, Florida Statutes (Supp. 1992), unconstitutional. We have jurisdiction. Art. V, § 3(b)(3), Fla. Const.
We recently reviewed Bouters and found the statute constitutional. See Bouters v. State, No. 83,558, — So.2d - (Fla. Apr. 27, 1995). Accordingly, we approve the district court decision in Daniels.
It is so ordered.
*928 GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.